Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone (559) 431-9710
Facsimile (559) 431-4108
E-Mail: efogderude1@yahoo.com

Attorney for Defendant, LISA CUEVAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08-00258 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | WAIVER OF DEFENDANT LISA CUEVAS PERSONAL APPEARANCE |
| LISA CUEVAS | ) | |
| Defendant. | ) | |

    Defendant hereby waives the right to be present in person in open court for a hearing upon a question of law, a status conference, and pre-trial conference.  Defendant hereby requests the court to proceed during her absence on September 12, 2008 at 9:00 a.m. in courtroom 4 and agrees that her interests will be deemed represented at all time by the presence of her attorney, the same as if Defendant were personally present. This request is made pursuant to Fed.R. Crim.P. 43(b)(3).

    Good cause exists for the request based upon a family emergency involving the death of LISA CUEVAS' grandmother. The funeral is scheduled for Thursday, September 11, 2008, in North

1  Carolina and LISA CUEVAS wishes to attend the funeral.
2       LISA CUEVAS is currently released on her own recognizance.
3  AUSA Attorney Sherill A. Carvalho and Pretrial Supervision Kim
4  Dalton are not opposed to this request.
5  IT IS SO STIPULATED
6  APPROVED:
   Dated: September 8, 2008            Respectfully submitted,
7                                      FLETCHER & FOGDERUDE, INC.
8
                                        /s/ Eric K. Fogderude
9                                      ERIC K. FOGDERUDE
                                       Attorney for Defendant,
10                                     LISA CUEVAS
11
                                       /s/ Sherill A. Carvalho
12 Dated: September 8, 2008             _____
                                       SHERILL A. CARVALHO, AUSA
13
14
                                  ORDER
15
16     GOOD CAUSE APPEARING, it is hereby ordered that the
17 Defendant LISA CUEVAS is excused from personally appearing at the
18 September 12, 2008 status hearing, so that she may attend a
19 funeral in North Carolina.
20
21
22  IT IS SO ORDERED.
23 **Dated:   September 8, 2008**          /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE
24
25
26
27
28